IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. TENORE, | No. C 06-03992 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ROSANNE CAMPBELL, | |
| Defendant.                                        / | |

The Court having denied Petitioner's petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner Michael Tenore.

**IT IS SO ORDERED.**

Dated: June 19, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\3992\Judgment.wpd