United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. TENORE,<br><br>  Petitioner,<br><br>  v.<br><br>ROSANNE CAMPBELL,<br><br>  Respondent.<br>_____ / | No. C 06-03992 CRB<br><br>**CERTIFICATE OF APPEALABILITY** |

Now before the Court is petitioner's request for issuance of a certificate of appealability ("COA"). A judge shall grant a COA "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

///

///

///

///

///

Here, the Court GRANTS a certificate of appealability with respect to petitioner's claims based on (1) the confrontation clause, (2) the right to a jury trial, (3) ineffective assistance of counsel, and (4) due process of law.

**IT IS SO ORDERED.**

Dated: March 2, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE